**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

SHAUN ELDON WHITFIELD                                                              PLAINTIFF


V.                                          3:05CV00100 SWW/HDY


CRAIGHEAD COUNTY JAIL; MATT VAUGHN, Administrator,
Craighead County Detention Center; KAYE HARRIS, Administrator,
Craighead County Detention Center; NORRIS WATKINS,
Administrator, Craighead County Detention Center; JACK
MCCANN, Sheriff of Craighead County; McFARLAND, Officer,
Craighead County Detention Center; CARDIN, Officer,
Craighead County Detention Center; MONROE, Officer,
Craighead County Detention Center; SPARKS, Officer,
Craighead County Detention Center; BAXTER, Officer,
Craighead County Detention Center; BROWN, Officer, Craighead
County Detention Center; OVERSTREET, Officer, Craighead
County Detention Center; WILLIAMS, Officer, Craighead County
Detention Center; STEVE LAWRENCE, Inmate in
Craighead County Detention Center; BRUCE GRANT,
Inmate in Craighead County Detention Center; and
KIRK, Inmate in Craighead County Detention Center                       DEFENDANTS


**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.  Furthermore, the

Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from

this Judgment and the accompanying Order would not be taken in good faith.

DATED this 11th day of October, 2005.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE